UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. William H. Walls |
| v. | : | Crim. No. 08-625 |
| MAKSYM SHYNKARENKO | : | <u>ORDER</u> |

This matter having been opened to the Court on the joint
application of the United States of America, Paul J. Fishman,
United States Attorney (Mark J. McCarren, Assistant U.S.
Attorney, appearing) and defendant Maksym Shynkarenko (by Linda
Foster, Assistant Federal Public Defender, appearing) for an
order continuing the proceedings and excluding time from
computation under the Speedy Trial Act of 1974; and the charges
being the result of a lengthy investigation spanning more than
four years, and the defendant needing sufficient time to review
the voluminous discovery - which includes many thousands of pages
of documents, including thousands of e-mails and instant message
communications, numerous search warrant applications and orders
and the voluminous data recovered therefrom, Title III
applications and orders and the results of those intercepts, and
hundreds of screen captures, and to investigate the charges and
file motions in this case; and the Court having found, in light
of the above, that this case is sufficiently complex that it is
unreasonable to expect adequate preparation for pretrial
proceedings and for the trial itself within the time limits

established by the Speedy Trial Act of 1974; and the Court having found that an order granting a continuance of the proceedings and excluding time from calculation under the Speedy Trial Act of 1974 should be entered in light of the complexity of the case, pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii); that the ends of justice are served by granting such an order; and for good cause shown,

WHEREFORE, it is on this ___9___ day of ~~June~~ July 2012

ORDERED that this matter is hereby designated as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii);

IT IS FURTHER ORDERED THAT the proceedings in this matter shall be continued for the period from June 26, 2012 through on or about November 26, 2012;

IT IS FURTHER ORDERED THAT the period for discovery in this matter shall be extended until on or about November 26, 2012;

IT IS FURTHER ORDERED that the court shall conduct a status conference on or about November _13_, 2012 at _10:00 AM_ during which the Court shall determine the status of the production of discovery and set dates for the filing of motions and responses to said motions as well as a trial date in this matter;

IT IS FURTHER ORDERED that the time period from June 26, 2012 through November 26, 2012 shall be excluded from computing time under the Speedy Trial Act of 1974; and

IT IS FURTHER ORDERED that the remaining provisions of the Order for Discovery and Inspection shall remain in full force and effect.

_____
HONORABLE WILLIAM H. WALLS
Sr. United States District Judge

I hereby consent to the
entry and form of this Order

Paul J. Fishman
United States Attorney

_____
Mark J. McCarren
Assistant U.S. Attorney

_____
Linda Foster, AFPD
Counsel for Maksym Shynkarenko